Matter of Courtney v Allen (2024 NY Slip Op 00703)

Matter of Courtney v Allen

2024 NY Slip Op 00703

Decided on February 9, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 9, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, GREENWOOD, AND KEANE, JJ.

66 CAF 22-01330

[*1]IN THE MATTER OF SARA L. COURTNEY, PETITIONER-APPELLANT,
v
ANDREW M. ALLEN, RESPONDENT-RESPONDENT. (APPEAL NO. 2.) 

THOMAS L. PELYCH, HORNELL, FOR PETITIONER-APPELLANT.
MATTHEW R. ST. MARTIN, NEWARK, ATTORNEY FOR THE CHILD.

 Appeal from an order of the Family Court, Wayne County (Richard M. Healy, J.), entered April 14, 2022, in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Matter of Allen v Courtney ([appeal No. 1] — AD3d — [Feb. 9, 2024] [4th Dept 2024]).
Entered: February 9, 2024
Ann Dillon Flynn
Clerk of the Court